IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, et al.,<br><br>           Plaintiffs,<br>    v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY,<br><br>           Defendant. | 1:13-CV-104  AWI JLT<br><br>ORDER VACATING MARCH<br>4, 2013 HEARING |

    Defendant has noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6).  The matter was scheduled for hearing to be held on March 4, 2013. Pursuant to Local Rule 230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than February 19, 2013.  Plaintiffs failed to do so.  Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules and are not entitled to be heard at oral argument in opposition to the motion.  See Local Rule 230(c).  The Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 4, 2013, is VACATED, and no party shall appear at that time.  As of March 4, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 28, 2013                                    _____
                                                                                       SENIOR  DISTRICT  JUDGE