# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, et al., | Case No.: 1:13-cv-00104 - AWI - JLT |
| Plaintiffs, | ORDER RE JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | (Doc. 14) |
| Defendant. | |

Pursuant to a Joint Stipulation by Plaintiffs and Defendant Reliance Standard Life Insurance Company ("Reliance"), **IT IS HEREBY ORDERED**:

1. Plaintiffs are **GRANTED** leave to file their second amended complaint. Plaintiffs SHALL file their second amended complaint within three court days of service of this order;
2. Reliance is not required to answer or otherwise respond to the first amended complaint;
3. Plaintiffs' second amended complaint (Doc. 14-1, Exh. A) is deemed served on Reliance as of the date of service of this Order;
4. Plaintiffs are **GRANTED** forty-five days to serve LKQ Corporation;
5. Reliance and LKQ Corporation's responsive pleading to the second amended complaint are due pursuant to the applicable Local Rules and the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **July 16, 2013**             **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE