1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, et al., | Case No.: 1:13-CV-00104-AWI-JLT |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANC COMPANY | (Doc. 20) |
| Defendants. | |





Pursuant to a Joint Stipulation by Plaintiffs Laura Cox, Miles Edwards, Jaxen Edwards, and Kyden Cox and Defendant Reliance Standard Life Insurance Company, **IT IS HEREBY ORDERED** that:

The Case Management Conference set for August 8, 2013 is continued to **September 10, 2013 at 9:30 a.m.** Telephonic appearances via CourtCall are authorized.

IT IS SO ORDERED.

   Dated:   **August 5, 2013**                    /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE