UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, et al., | ) Case No.: 1:13-CV-00104-AWI-JLT |
| | ) |
| Plaintiffs, | ) **ORDER EXTENDING TIME TO** |
| | ) **ANSWER  OR OTHERWISE RESPOND** |
| vs. | ) **TO THE SECOND AMENDED** |
| | ) **COMPLAINT** |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, et al., | ) **(Doc. 22)** |
| | ) |
| Defendants. | ) |
| | ) |

Based on the stipulation of the parties (Doc. 22), Defendant LKQ Corporation may have until

September 9, 2013 to answer or otherwise plead to the complaint on file herein.

IT IS SO ORDERED.

Dated:   **August 16, 2013**                          **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE

1