UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, et al., | CASE NO. 1:13-CV-0104 AWI JLT |
| Plaintiffs, | ORDER VACATING OCTOBER 7, 2013 HEARING DATE |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, a Pennsylvania corporation; LKQ CORPORATION, a California corporation;  DOES 1 through 20, inclusive, | |
| DefendantS. | |

Defendant LKQ Corporation's motion to dismiss has been set for hearing in this case on October 7, 2013.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 7, 2013, is VACATED, and the parties shall not appear at that time.  As of October 7, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 3, 2013                         _____
                                                                  SENIOR  DISTRICT  JUDGE