ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.publicover@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:     (415) 434-1370

Attorneys for Defendant
RELIANCE STANDARD LIFE
INSURANCE COMPANY

ROBERT J. MCKENNON (SBN 123176)
Email: rm@mckennonlawgroup.com
SCOTT E. CALVERT (SBN 210787)
Email: sc@mckennonlawgroup.com
MCKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595
Fax: 949-385-5165

Attorneys for Plaintiffs
NICOLE COX, MILES EDWARDS,
JAXEN EDWARDS, KYDEN COX
NICOLE COX, MILES EDWARDS, A MINOR,
 JAXEN EDWARDS, A MINOR AND
 KYDEN COX, A MINOR,
BY THEIR GUARDIAN AD LITEM,
NICOLE COX AS ADMINISTRATOR OF
THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, MILES EDWARDS, A MINOR, JAXEN EDWARDS, A MINOR AND KYDEN COX, A MINOR, BY THEIR GUARDIAN AD LITEM, NICOLE COX AS ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT, <br><br> Plaintiffs, <br><br> v. <br><br> RELIANCE STANDARD LIFE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 1:13-CV-00104-AWI-JLT

**STIPULATION FOR AN ORDER RESETTING INITIAL SCHEDULING CONFERENCE AND ORDER**

(Doc. 46)

1  INSURANCE COMPANY, a Pennsylvania
   corporation; LKQ CORPORATION, a
2  California corporation, DOES 1 through 10,
   inclusive;
3

4              Defendants

5          Plaintiffs, NICOLE COX, MILES EDWARDS, A MINOR, JAXEN EDWARDS, A MINOR

6  AND KYDEN COX, A MINOR, BY THEIR GUARDIAN AD LITEM, NICOLE COX AS

7  ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT,

8  ("Plaintiffs") and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY ("Reliance

9  Standard"), hereby submit this stipulation for an order continuing the Scheduling Conference currently

10 set for April 16, 2014 to either April 15, 2014 or April 17, 2014 for good cause as follows:

11         On February 20, 2014, this Court continued the scheduling conference to May 15, 2014, in

12 view of the fact that the District Court had not yet ruled on the then pending motion to dismiss filed by

13 LKQ Corporation.  After the District Court issued its order on the motion to dismiss, the Court

14 advanced the scheduling conference to April 16, 2014, by order dated March 7, 2014.  At the time the

15 Court set the April 16, 2014 date, Counsel for Reliance Standard had previously arranged time away

16 from the office for personal reasons.  Thus, the April 16, 2014 date presents a personal conflict for

17 Reliance Standard's counsel.

18         Counsel for the parties have met and conferred and are available to participate in the Initial

19 Scheduling Conference on either April 15, 2014 or April 17, 2014 should the Court have either date

20 available.  Therefore, the parties request that the Scheduling Conference be reset accordingly.

21

22 RESPECTFULLY SUBMITTED:

23

24 Dated:  April 3, 2014                    WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
25
                                       By:  ___/s/ Dennis J. Rhodes_____
26                                          ADRIENNE C. PUBLICOVER
                                            DENNIS J. RHODES
27                                          Attorneys for Defendant
                                            RELIANCE STANDARD LIFE
28                                          INSURANCE COMPANY

2

Date:  April 3, 2014                                MCKENNON LAW GROUP PC

                                    BY:     */s/ Scott E. Calvert*
                                            ROBERT J. MCKENNON
                                            SCOTT E. CALVERT
                                            Attorneys for Plaintiffs
                                            NICOLE COX, MILES EDWARDS,
                                            JAXEN EDWARDS, KYDEN COX
                                            NICOLE COX, MILES EDWARDS, A
                                            MINOR,  JAXEN EDWARDS, A MINOR
                                            AND  KYDEN COX, A MINOR, BY THEIR
                                            GUARDIAN AD LITEM, NICOLE COX AS
                                            ADMINISTRATOR OF THE ESTATE OF
                                            STEVEN MILES EDWARDS, DECEDENT


## **ORDER**

Pursuant to the stipulation of the parties, the scheduling conference previously set on April 16, 2014, is **ADVANCED** to April 15, 2014 at 9:30 a.m.


IT IS SO ORDERED.

    Dated:   **April 3, 2014**                      **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER
USDC EDCA Case No. 1:13-CV-00104-AWI-JLT
1171425v.1