1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, MILES EDWARDS, A MINOR, JAXEN EDWARDS, A MINOR AND KYDEN COX, A MINOR, BY THEIR GUARDIAN AD LITEM, NICOLE COX AS ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS DECEDENT<br><br>Plaintiffs,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, AND LKQ CORPORATION<br><br>Defendants. | Case No.: 1:13-CV-00104-AWI-JLT<br><br>Action Filed : January 22, 2013<br>Trial Date: TBD<br><br>**ORDER RE: REQUEST TO SEAL DOCUMENTS** |

The Court has reviewed the parties request to seal documents.   After reviewing the documents provided by Defendants, the Court finds that the interests of justice are best served by allowing the parties to file the documents under seal.

Case No.: 1:13-CV-00104-AWI-JLT

# **ORDER**

Pursuant to the Plaintiffs' Request for Order to Seal Documents, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Request for Order to Seal Documents is granted.

2. Page 1 and 2 of the Stipulation for Settlement, a two-page document describing the terms of the settlement between the Plaintiff and Defendant in the present case, are both filed under seal.

3. The Stipulation for Settlement shall be filed under seal, and can only be accessed by this Court, the parties to this action and their respective counsel.

IT IS SO ORDERED.

Dated: June 3, 2014                                    _____
                                                       SENIOR DISTRICT JUDGE