UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE COX,** *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>**RELIANCE STANDARD LIFE INSURANCE COMPANY,** *et al.*,<br><br>       Defendant | **CASE NO. 1:13-CV-0104 AWI JLT**<br><br>**ORDER REFERRING PENDING MOTION FOR APPROVAL OF THE MINORS' COMPROMISE TO MAGISTRATE JUDGE JENNIFER L. THURSTON**<br><br>**ORDER VACATING JUNE 30, 2014 HEARING DATE** |

Plaintiffs have filed a complaint in which they allege ERISA claims and state law claims. After mediation between the parties, Plaintiffs now move for approval of a minors' compromise because three of the Plaintiffs are minors. The court is required to conduct its own inquiry to determine whether a settlement serves the best interests of each minor. Salmeron v. United States, 724 F.2d 1357, 1363 (9th Cir. 1983). The court is required to determine whether the net amount distributed to each minor plaintiff in the proposed settlement is fair and reasonable. Robidoux v. Rosengren, 638 F.3d 1177, 1181-82 (9th Cir. 2011).

Pursuant to Local Rule 202(b) and Local Rule 302(c), the Court finds that the pending motion for approval of the minors' compromise should be referred to Magistrate Judge Jennifer L. Thurston for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

//

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for approval of the minors' compromise is REFERRED to Magistrate Judge Jennifer L. Thurston;
2. The June 30, 2014 hearing before the undersigned is VACATED; and
3. Magistrate Judge Jennifer L. Thurston's Chambers will contact the parties and set a new hearing date.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
SENIOR DISTRICT JUDGE