ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendant
RELIANCE STANDARD LIFE
INSURANCE COMPANY

ROBERT J. MCKENNON (SBN 123176)
Email: rm@mckennonlawgroup.com
SCOTT E. CALVERT (SBN 210787)
Email: sc@mckennonlawgroup.com
MCKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595
Fax: 949-385-5165

Attorneys for Plaintiffs
NICOLE COX, MILES EDWARDS,
JAXEN EDWARDS, KYDEN COX
NICOLE COX, MILES EDWARDS, A MINOR,
 JAXEN EDWARDS, A MINOR AND
 KYDEN COX, A MINOR,
BY THEIR GUARDIAN AD LITEM,
NICOLE COX AS ADMINISTRATOR OF
THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, MILES EDWARDS, A MINOR, JAXEN EDWARDS, A MINOR AND KYDEN COX, A MINOR, BY THEIR GUARDIAN AD LITEM, NICOLE COX AS ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT,<br><br>Plaintiffs,<br><br>v. | CASE NO. 1:13-CV-00104-AWI-JLT<br><br>STIPULATION AND ORDER TO ADVANCE THE HEARING ON THE MOTION FOR APPROVAL OF MINORS' COMPROMISE TO JULY 8 AT 9:30 A.M.<br><br>(Doc. 60) |

RELIANCE STANDARD LIFE           )
                                 )
INSURANCE COMPANY, a Pennsylvania )
corporation; LKQ CORPORATION, a  )
California corporation, DOES 1 through 10, )
inclusive;                       )
                                 )
                                 )
          Defendants             )

Plaintiffs, NICOLE COX, MILES EDWARDS, A MINOR, JAXEN EDWARDS, A MINOR AND KYDEN COX, A MINOR, BY THEIR GUARDIAN AD LITEM, NICOLE COX AS ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT, ("Plaintiffs") and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY ("Reliance Standard"), hereby submit this stipulation for an order to advance the hearing of plaintiffs' motion for approval of the minors' compromise to July 8, 2014 at 9:00 a.m. for good cause as follows:

This hearing of Plaintiffs' motion is currently set for July 9, 2014.  However, counsel for Reliance Standard will be on vacation on July 9, 2014 and is therefore unavailable.  The parties therefore request that this Court advance the hearing to July 8, 2014.

RESPECTFULLY SUBMITTED:

Dated: July 2, 2014                    WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

                                       By:  */s/ Dennis J. Rhodes*
                                            ADRIENNE C. PUBLICOVER
                                            DENNIS J. RHODES
                                            Attorneys for Defendant
                                            RELIANCE STANDARD LIFE
                                            INSURANCE COMPANY


Date: July 2, 2014                     MCKENNON LAW GROUP PC

                                       BY:  */s/ Scott E. Calvert*
                                            ROBERT J. MCKENNON
                                            SCOTT E. CALVERT
                                            Attorneys for Plaintiffs
                                            NICOLE COX, MILES EDWARDS,
                                            JAXEN EDWARDS, KYDEN COX
                                            NICOLE COX, MILES EDWARDS, A
                                            MINOR, JAXEN EDWARDS, A MINOR
                                            AND  KYDEN COX, A MINOR, BY THEIR

GUARDIAN AD LITEM, NICOLE COX AS ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT

## **ORDER**

Pursuant to the stipulation of the parties, the hearing on motion for approval of minor's compromise previously set for July 9, 2014, is advanced to **July 8, 2014 at 9:30 a.m**.

IT IS SO ORDERED.

Dated:  **July 2, 2014**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE