ROBERT J. MCKENNON (SBN 123176)
Email: rm@mckennonlawgroup.com
SCOTT E. CALVERT (SBN 210787)
Email: sc@mckennonlawgroup.com
MCKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595
Fax: 949-385-5165
Attorneys for Plaintiffs
NICOLE COX, MILES EDWARDS,
JAXEN EDWARDS, KYDEN COX
NICOLE COX, MILES EDWARDS, A MINOR,
 JAXEN EDWARDS, A MINOR AND
 KYDEN COX, A MINOR,
BY THEIR GUARDIAN AD LITEM,
NICOLE COX AS ADMINISTRATOR OF
THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT

ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.publicover@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:     (415) 433-0990
Fax:     (415) 434-1370
Attorneys for Defendant
RELIANCE STANDARD LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COX, MILES EDWARDS, A MINOR, JAXEN EDWARDS, A MINOR AND KYDEN COX, A MINOR, BY THEIR GUARDIAN AD LITEM, NICOLE COX AS ADMINISTRATOR OF THE ESTATE OF STEVEN MILES EDWARDS, DECEDENT,<br><br>Plaintiffs,<br><br>v.<br><br>RELIANCE STANDARD LIFE | CASE NO. 1:13-CV-00104-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]**<br><br>Action Filed   :   November 8, 2012<br><br>Judge: Hon. Anthony W. Ishii |

1
STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]
USDC EDCA Case No. 1:13-CV-00104-AWI-JLT
1266331v.1

INSURANCE COMPANY, a Pennsylvania )
corporation; LKQ CORPORATION, a )
California corporation, DOES 1 through 10, )
inclusive; )
)
)
        Defendants )

It is hereby stipulated by and between the parties to this action through their counsel of record that the above-captioned action is dismissed with prejudice, pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own costs, expenses and fees.

RESPECTFULLY SUBMITTED:

Dated:  September 18, 2014          WILSON, ELSER, MOSKOWITZ,
                                                                       EDELMAN & DICKER LLP

                                               By:    */s/ Dennis J. Rhodes*
                                                                         ADRIENNE C. PUBLICOVER
                                                                         DENNIS J. RHODES
                                                                          Attorneys for Defendant
                                                                          RELIANCE STANDARD LIFE
                                                                          INSURANCE COMPANY


Date:  September 18, 2014           MCKENNON LAW GROUP PC

                                               BY: */s/ Robert J. McKennon*
                                                                      ROBERT J. MCKENNON
                                                                      SCOTT E. CALVERT
                                                                      Attorneys for Plaintiffs
                                                                      NICOLE COX, MILES EDWARDS,
                                                                      JAXEN EDWARDS, KYDEN COX
                                                                      NICOLE COX, MILES EDWARDS, A
                                                                      MINOR,  JAXEN EDWARDS, A MINOR
                                                                      AND  KYDEN COX, A MINOR, BY THEIR
                                                                      GUARDIAN AD LITEM, NICOLE COX AS
                                                                      ADMINISTRATOR OF THE ESTATE OF
                                                                      STEVEN MILES EDWARDS, DECEDENT

**ORDER**

Pursuant to the Stipulation of the Parties herein, it is ordered that this action is hereby dismissed with prejudice.  Each party to bear its own costs, expenses and fees.

IT IS SO ORDERED.

Dated:   September 18, 2014                           _____
                                                                             SENIOR  DISTRICT  JUDGE